```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
          "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"

      Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 08/05/98
             Closed: 09/08/04

       Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 08/05/98 receipt # 00105118
           Trial by: Jury

                State Court NO: 2BAS98-00008CI
```

Parties of Record:                            Counsel of Record:

PLF 1.1          MALABED, ROBERT              William B. Schendel
                                              Winfree Law Office
                                              301 Cushman Street, Suite 200
                                              Fairbanks, AK 99701
                                              907-451-6500
                                              FAX 907-451-6510

                                              Kenneth L. Covell
                                              712 8th Avenue
                                              Fairbanks, AK 99701
                                              907-452-4377
                                              FAX 907-451-7802

DEF 1.1    [T] NORTH SLOPE BOROUGH TRANSIT DEPT    No counsel found for this party!

DEF 1.2        NORTH SLOPE BOROUGH                 David C. Crosby
                                                   5280 Thane Road
                                                   Juneau, AK 99801-7717
                                                   907-586-6262
                                                   FAX 907-586-5959

                                                   William A. Earnhart
                                                   Lane Powell et al
                                                   301 W. Northern Lights, #301
                                                   Anchorage, AK 99503-2648
                                                   907-277-9511
                                                   FAX 907-276-2631

DEF 2.1        NAGEAK, BENJAMIN                    William A. Earnhart
                                                   (see above)

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
                     "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"

                              For all filing dates
```

  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 08/05/98
           Closed: 09/08/04

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (2) Removed from State Court
           Demand:
      Filing fee: Paid $150.00 on 08/05/98 receipt # 00105118
         Trial by: Jury

            State Court NO: 2BAS98-00008CI


| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 08/05/98 | DEF 1 Notice of Removal of civil action w/att exhs. |
| 2 - 1      | 08/05/98 | DEF 1 Attorney Appearance of David C. Crosby. |
| 3 - 1      | 08/05/98 | DEF 1 Notice of filing of notice of removal. |
| 4 - 1      | 08/06/98 | JWS Minute Order to petitioner subsequent to removal; w/in 10 days petitioner shall file copies of records etc & file a complete service list. |
| 5 - 1      | 08/17/98 | DEF 1 Notice of compliance w/MO dated 8/6/98. (cy not in Anc) |
| 6 - 1      | 09/02/98 | Stipulation extending time to ans cmplt until 09/25/98. |
| 6 - 2      | 09/03/98 | JWS Order that answer due 9/25/98.  cc: cnsl |
| 7 - 1      | 09/28/98 | DEF 1 motion to dismiss w/att memo, aff and exhs. |
| 8 - 1      | 09/28/98 | DEF 1 Notice of filing unsigned aff of North Slope Borough Mayor Benjamin P. Nageak re: DEF 1 motion to dismiss (7-1) |
| 9 - 1      | 10/06/98 | JWS Minute Order that plf file returns of svc w/in 20 days. cc: cnsl |
| 10 - 1     | 10/07/98 | DEF 1 Notice of filing original Affidavit of North Slope Borough Mayor Benjamin P. Nageak re: DEF 1 motion to dismiss (7-1) w/aff & exhs. |
| 11 - 1     | 10/16/98 | Unopposed Motion to extend time for plf's filing of oppo to def mot to dismiss until 11/20/98. |
| 11 - 2     | 10/19/98 | Order granting stip. cc: cnsl |
| 12 - 1     | 11/04/98 | PLF 1 Notice to the court re: failure of proof of service in Response to Ord at dkt 9 w/att exh. |
| 13 - 1     | 11/05/98 | PLF 1 Return of Service Executed [acknowledgement of service] as to North Slope Borough on 10/23/98. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
"ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/20/98 | PLF 1 opposition to DEF 1 motion to dismiss (7-1) w/att memo, affs and exhs. |
| 14 - 2 | 11/20/98 | PLF 1 motion (cross) for partial summary judgment w/att memo, affs and exhs. |
| 15 - 1 | 11/20/98 | DEF 1 Notice of filing unsigned affs re: oppo to DEF 1 motion to dismiss (7-1) & PLF 1 motion (cross) for partial summary judgment (14-2). |
| 16 - 1 | 12/03/98 | Stipulation extending time for DEF may have until 12/14/98 to file reply memo re: mot to dismiss & memo in opo to plf's cross-mot for sj. |
| 16 - 2 | 12/04/98 | Order granting stip for ext of time at 16-1. cc: cnsl |
| 17 - 1 | 12/14/98 | PLF 1; DEF 1 Stipulation re briefing schedule; def's joint opp/reply memo due 12/18/98; plf's reply due 1/22/98. |
| 17 - 2 | 12/14/98 | PLF 1; DEF 1 Request for Oral Argument re: DEF 1 motion to dismiss (7-1), PLF 1 motion (cross) for partial summary judgment (14-2). |
| 17 - 3 | 12/15/98 | Order GRANTING stip (17-1).  cc: cnsl |
| 18 - 1 | 12/21/98 | DEF 1 reply to opposition to DEF 1 motion to dismiss w/att exh (7-1). |
| 18 - 2 | 12/21/98 | DEF 1 opposition to PLF 1 motion (cross) for partial summary judgment w/att exhs (14-2). |
| 19 - 1 | 12/21/98 | DEF 1 Request for Oral Argument re: DEF 1 motion to dismiss (7-1), PLF 1 motion (cross) for partial summary judgment (14-2). |
| 20 - 1 | 12/30/98 | DEF 1 Affidavit [original] of G. Leavitt in support of DEF 1 motion to dismiss (7-1), in oppo to PLF 1 motion (cross) for partial sj (14-2). |
| 21 - 1 | 01/15/99 | PLF 1 Notice and req to correct typographical error in case caption. |
| 22 - 1 | 01/15/99 | PLF 1 Notice of signed Affidavits of plf and J. Emerson re: oppo to DEF 1 mot to dismiss (7-1) and in support of PLF 1 cross-mot for part sj w/att affs (14-2). |
| 23 - 1 | 01/19/99 | JWS Order to correct caption; plf's name to read Malabed. cc: cnsl |
| 24 - 1 | 01/25/99 | PLF 1 Unopposed Motion and Order for ext of time until 2/3/99 to file oppo to sj mot. cc: cnsl |
| 25 - 1 | 02/03/99 | PLF 1 reply to opposition to PLF 1 motion (cross) for partial summary judgment (14-2) w/att exhs. |
| 26 - 1 | 03/29/99 | JWS Minute Order setting o/a on mot to dismiss and mot for sj at Fairbanks, AK on 4/7/99 at 2 pm; each side allowed 20 minutes. cc: cnsl, ECR |
| 27 - 1 | 03/30/99 | JWS Minute Order resetting 4/7/99 o/a from 2 pm to 1:00 pm on 4/7/99. cc: cnsl |
| 28 - 1 | 04/07/99 | JWS Court Minutes [ECR: Pam Wertz] re Oral Argument on def's mot to dismiss (Dkt 7) and plf's mot for s/j (dkt 14) held 4/7/99, under advisement, crt to issue written decision. cc:cnsl. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
                     "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"

                              For all filing dates
```

```
Document #    Filed       Docket text

    29 -  1   04/09/99    JWS Order denying motion to dismiss (7-1); granting motion (cross) for
                          partial summary judgment (14-2); ord names North Slope Borough as def;
                          parties are to identify def as North Slope Borough in caption hereafter.
                          cc: cnsl

    30 -  1   04/09/99    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 21 days. cc: cnsl

    31 -  1   04/16/99    DEF 1 appeal to 9CCA of (29-1) filed 04/09/99 w/CADS statement. cc:cnsl,
                          Judge, 9CCA 99-35434

    32 -  1   04/16/99    DEF 1 Transcript Designation/Order Form re: notice of appeal (31-1); DEF
                          1 does not intend to order transcript.

  NOTE -  1   04/21/99    Notation (re: Appeal): transmitted notice of appeal & cert of record to
                          9CCA.

    33 -  1   04/21/99    Cy 9CCA Certificate of Record. (31-1) cc: cnsl, Judge Sedwick

    34 -  1   04/22/99    DEF 1 Answer to Complaint.

    35 -  1   04/26/99    PLF 1 Attorney Appearance of W. Schendel.

    36 -  1   05/03/99    DEF 1 Rpt of parties' planning meeting per 26(f) in Response to Order.

    37 -  1   05/06/99    JWS Minute Order that parties file stat rpt w/i 15 days as to how case
                          can be promptly concluded. cc: cnsl

    38 -  1   05/18/99    DEF 1 Attorney Appearance of D. House.

    39 -  1   05/24/99    Stipulation that further stat rpt due 5/28/99.

    39 -  2   05/28/99    Order approving stip. cc: cnsl

    40 -  1   06/01/99    Cy 9CCA Time Schedule Order. (31-1) cc:cnsl

    41 -  1   06/01/99    PLF 1; DEF 1 Suppl Report re: stat.

    42 -  1   06/08/99    JWS Minute Order setting joint stat conf w/cases A98-398 CV and A98-413
                          CV for 6/15/99 at 9 a.m. at Anchorage. cc: cnsl

    43 -  1   06/15/99    JWS Court Minutes [ECR: Roy Van Hollebeke] re: joint stat conf held
                          6/15/99; D. Crosby to draft prop stip to amend crt's previous ord by
                          6/18/99; disc stip w/prop disc ddlns due 7/6/99. cc: cnsl

    44 -  1   06/21/99    JWS Amended Order (#29). cc: cnsl

    45 -  1   06/23/99    PLF 1; DEF 1 Stipulation re: form of amended order from chambers
                          amending Crt's ord of 04/09/99.

  NOTE -  3   06/28/99    Notation (re: Appeal): fee paid ($105).

    46 -  1   06/28/99    DEF 1 appeal to 9CCA of (44-1) filed 06/21/99. cc:cnsl, Judge Sedwick,
                          9CCA 99-35684

    47 -  1   06/28/99    DEF 1 Transcript Designation Form re: notice of appeal (46-1); no
                          transcripts ordered.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
"ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"

For all filing dates

```
Document #   Filed      Docket text

NOTE -   2   07/01/99   Transmittal: Forwarded notice of appeal (46-1) to 9CCA w/CADS stmt

  48 -   1   07/01/99   PLF 1 motion for leave to file first amended complaint w/att memo and
                        prop 1st amended complaint.

  49 -   1   07/08/99   Cy 9CCA Certificate of Record. (46-1) cc: cnsl, Judge Sedwick [orig to
                        9CCA]

  50 -   1   07/13/99   PLF 1; DEF 1 Stipulation for ext of time until 7/28/99 to reply to mot
                        for leave to file 1st amended cmplt.

  51 -   1   07/15/99   DEF 1 Report re: stat of disc.

  52 -   1   07/16/99   Cy 9CCA Time Schedule Order. (46-1).

  54 -   1   07/19/99   Certified Copy of 9CCA Order [Mandate] re: notice of appeal (31-1) that
                        parties' stip to dismiss appeal w/o prej to raising the issues in appeal
                        No 99-35684 is granted, each party to bear own costs & atty fees. cc:
                        cnsl, Judge Sedwick

  53 -   1   07/20/99   JWS Minute Order approving stips at dkts 50 (mot for leave to file 1st
                        amended cmplt due 7/28/99) and 51 (disc closes 5/17/00). cc: cnsl

  55 -   1   07/30/99   DEF 1 non-opposition to PLF 1 motion for leave to file first amended
                        complaint (48-1).

  56 -   1   08/02/99   DEF 1 Answer to 1st Amended Complaint.

  57 -   1   08/02/99   DEF 1 Transcript Designation notice of appeal (46-1) [forwarded & input
                        by docketing on 08/09/99]. cc:ecr

  58 -   1   08/11/99   Transcript of oral argument held 04/07/99 re: notice of appeal (46-1).

  59 -   1   08/13/99   JWS Order granting motion for leave to file first amended complaint
                        (48-1). cc: cnsl

  60 -   1   08/13/99   PLF 1 Complaint (1st Amended).

  61 -   1   09/09/99   DEF 2 Attorney Appearance D. House.

  62 -   1   09/17/99   PLF 1 Preliminary Witness List .

  63 -   1   09/28/99   Copy of Order from 9CCA (46-1) re: setting ddln for answering brief &
                        reply.

  63A-   1   10/12/99   DEF 1-2 Prelim Witness List.

  64 -   1   10/15/99   PLF 1 Expert Witness List.

NOTE -   4   01/28/00   Notation: ALL 3 VOLUMES OF ORIGINAL FILE EXPRESS MAILED TO US COURT OF
                        APPEALS, 1010 5TH AVE., RM. 811, SEATTLE, WA 98104, FROM NOME, AK at
                        request of Janna

  65 -   1   01/31/00   PLF 1; DEF 1-2 Stipulation to continue expert report due date.

  65 -   2   02/07/00   JWS Order approving stip. cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
"ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 66 - | 1 | 03/21/00 | PLF 1; DEF 1-2 Stipulation to continue ddln for exchanging expert reports until 8/15/00. |
| 67 - | 1 | 03/27/00 | JWS Order granting stip that ddlns for exchanging expert rpts extended until 8/15/00. cc: cnsl |
| 68 - | 1 | 05/09/00 | PLF 1; DEF 1-2 Stipulation to continue close of discovery until 08/15/00. |
| 69 - | 1 | 05/15/00 | JWS Order approving stip: Disc to close 08/15/00. cc: cnsl |
| 70 - | 1 | 05/22/00 | DEF 1-2 Notice re: lead cnsl. |
| 71 - | 1 | 05/25/00 | PLF 1; DEF 1-2 Stipulation to extend ddln for filing final wit lists until 7/17/00. |
| 71 - | 2 | 05/26/00 | JWS Order approving stip. cc: cnsl |
| 72 - | 1 | 07/12/00 | STRICKEN PER ORDER AT DKT 75: PLF 1 motion to compel w/att memo. |
| 73 - | 1 | 07/13/00 | JWS Minute Order that Rule 37 certification not included w/mot to compel at dkt 72; certification due w/i 14 days. cc: cnsl |
| 74 - | 1 | 07/17/00 | DEF 1-2 response (oppo) to PLF 1 motion to compel (72-1). |
| 75 - | 1 | 08/04/00 | JWS Minute Order striking motion to compel (72-1) for non-compliance w/LR 37.1(a)(2)[A] and failure to respond to crt ord at dkt 73. cc: cnsl |
| 76 - | 1 | 08/17/00 | JWS Minute Order that parties file joint rpt w/i 20 days re: staying case, ddlns for disc, disp mots and mots in limine and other issues of concern. cc: cnsl |
| 77 - | 1 | 09/06/00 | DEF 1-2 Joint Status Report. |
| 78 - | 1 | 09/11/00 | JWS Minute Order that all pretrial ddlns suspended; joint prop pretrial sched to be fld 60 days after Ak Supreme Crt decides issues on referral from 9CCA in this case. cc: cnsl |
| 79 - | 1 | 11/06/00 | DEF 1 Notice of change of firm name for David C. Crosby. |
| 80 - | 1 | 04/04/01 | Copy of Order from 9CCA the submission in this case is VACATED in view of certification to the Ak State Supreme Crt; parties to file briefs w/i 21 days of the decision by Ak State Supreme Crt is filed; at that time, the case will be resubmitted for decision. (46-1) cc:cnsl, Judge Sedwick |
| 81 - | 1 | 06/11/02 | JWS Minute Order that parties file joint stat rpt re: certification of question by 6/25/02. cc: cnsl |
| 82 - | 1 | 06/14/02 | DEF 1-2 Ntc re: change of cnsl from Dale House (LANE) to W. Earnhart (LANE). |
| 83 - | 1 | 06/14/02 | DEF 1-2 Joint Status Report re: appeal status. |
| 84 - | 1 | 03/06/03 | JWS Minute Order that parties file stat rpt by 4/28/03. cc: cnsl |
| 85 - | 1 | 03/10/03 | DEF 1-2 Joint StatusReport re: appeals status. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
                  "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"
```
For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 86 - 1 | 03/13/03 | PLF 1 Address Change Notice. |
| 87 - 1 | 03/27/03 | DEF 1-2 Address Change Notice. |
| 88 - 1 | 05/30/03 | JWS Minute Order that parties to file joint stat rpt by 6/30/03 re: concluding case. cc: cnsl |
| 89 - 1 | 06/02/03 | PLF 1 Advice of counsel. |
| 90 - 1 | 06/30/03 | DEF 1-2 Joint Status Report. |
| 91 - 1 | 07/28/03 | PLF 1; DEF 1-2 Status Report to the court. |
| 92 - 1 | 07/31/03 | JWS Minute Order approving stat rpt at dkt 91; disc to close 02/28/04; disp mots ddln 03/14/04. cc: cnsl |
| NOTE - 5 | 08/04/03 | Notation (re: Appeal): Rec'd 3 vols USDC record from 9CCA. |
| 93 - 1 | 08/04/03 | 9CCA Judgment/Final Order re: notice of appeal (46-1) that the district court's decision is AFFIRMED.  cc: cnsl, Judge Sedwick |
| 94 - 1 | 10/03/03 | DEF 1-2 Report re: status. |
| 95 - 1 | 10/23/03 | JWS Minute Order disapproving rpt at dkt 94; ddlns in rpt at dkt 91 and ord at dkt 92 remain; crt to enter ord to certify case for trial after close of disc on 2/28/04. cc: cnsl |
| 96 - 1 | 10/29/03 | Copy of Order from 9CCA granting PLF 1 mot to remand issue of entitlement to attorney's fees to USDC; issue remanded to USDC for its consideration. (46-1) cc:cnsl |
| 97 - 1 | 10/31/03 | PLF 1 Witness List. |
| 98 - 1 | 11/03/03 | JWS Minute Order that plf shall file appl for atty's fee by 11/14/03; oppo due 11/26/03; reply due 12/4/03. cc: cnsl |
| 99 - 1 | 11/10/03 | PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees w/att memo. |
| 100 - 1 | 11/12/03 | DEF 1-2 qualified non-opposition to PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees (99-1). |
| 101 - 1 | 11/13/03 | PLF 1 motion for partial attorney fee award w/att memo, affs and exhs. |
| 102 - 1 | 11/18/03 | PLF 1 reply to opposition to PLF 1 motion for order to bifurcate trial and/or otherwise establish procedure for compensation of taxes awarded on attorney fees (99-1). |
| 103 - 1 | 11/21/03 | JWS Minute Order granting/denying mot for ord to bifurcate trial and/or otherwise establish procedure for award of atty fees (99-1). cc: cnsl |
| 104 - 1 | 11/24/03 | Copy of Order from 9CCA granting appellee's mot to remand issue of entitlement to attys fees; issue remanded. (46-1) cc:cnsl, Judge Sedwick |
| 105 - 1 | 11/26/03 | DEF 1-2 Report re: understanding or crt ord at dkt 103. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
          "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"
```
For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 106 | 1 | 12/01/03 | DEF 1-2 Amended certificate of service re: report at dkt #105. |
| 107 | 1 | 12/05/03 | JWS Minute Order terminating in light of this order: motion for partial attorney fee award (101-1); fees and costs in connection on appeal will be dealt w/at conclusion of case. cc: cnsl |
| 108 | 1 | 12/22/03 | PLF 1 motion for order for permission to file papers in Fairbanks. |
| 109 | 1 | 12/22/03 | PLF 1 Expert Witness List. |
| 110 | 1 | 12/29/03 | JWS Minute Order denying mot for ord for permission to file papers in Fairbanks (108-1). cc: cnsl |
| 111 | 1 | 03/15/04 | PLF 1 motion for partial summary judgment w/att memo and exhs. |
| 112 | 1 | 04/02/04 | DEF 1-2 Unopposed motion for extension of time until 4/5/04 to file response to plaintiff's motion for partial summary judgment. |
| 112 | 2 | 04/05/04 | Order granting unoppo mot for ext of time until 4/5/04 to file response to plaintiff's mot for part sj (112-1). cc: cnsl |
| 113 | 1 | 04/05/04 | DEF 1-2 opposition to PLF 1 motion for partial summary judgment (111-1). |
| 113 | 2 | 04/05/04 | DEF 1-2 motion to vacate summary judgment. |
| 114 | 1 | 04/13/04 | PLF 1 reply to opposition to PLF 1 motion for partial summary judgment (111-1) w/att exhs. |
| 114 | 2 | 04/13/04 | PLF 1 opposition to DEF 1-2 motion to vacate summary judgment (113-2) w/att exhs. |
| 115 | 1 | 04/16/04 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 116 | 1 | 04/21/04 | PLF 1 Notice of suppl authority in support of PLF 1 motion for part sj (111-1). |
| 117 | 1 | 04/29/04 | PLF 1 Response to Order re: certificate of readiness for trial (notice to court re trial date setting). |
| 118 | 1 | 05/05/04 | JWS Order that parties lodge w/chambers of Judge von der Heydt by 5/21/04 sealed settl conf memos and propose 2 settl conf dates w/att appendix. cc: cnsl, Judge von der Heydt |
| 119 | 1 | 05/14/04 | JWS Order denying mot to vacate sj (113-2); granting mot for part sj (111-1). cc: cnsl |
| 120 | 1 | 05/21/04 | JWS Order for pre-trial proceedings; exh rvw to be held by 6/28/04; trial docs due 8/9/04; FPTC set 08/23/04 at 8:30 a.m. at Nome, Alaska; TBJ set 8/23/04 at 9:00 a.m. at Nome, Alaska. cc: cnsl, JC, ECR, Divisional Deputy |
| 121 | 1 | 05/21/04 | DEF 1-2 motion for reconsideration of portion of order of 05/14/04, docket #119 w/att exh. |
| 122 | 1 | 05/25/04 | JWS Minute Order that plf shall file response to mot at dkt 121 by 06/07/04; no reply shall be fld unless req by the crt. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)
                          "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 123 - | 1 | 05/26/04 | JAV Order setting settl conf for 06/25/04 at 9:30 a.m.; cnsl to appear w/full authority to settle. cc: cnsl, Judge Sedwick |
| 124 - | 1 | 06/07/04 | PLF 1 opposition to DEF 1-2 motion for reconsideration of portion of order of 05/14/04, docket #119 (121-1) w/att exhs. |
| 125 - | 1 | 06/09/04 | JWS Minute Order denying motion for reconsideration of portion of order of 05/14/04, docket #119 (121-1). cc: cnsl |
| 126 - | 1 | 06/28/04 | JAV Minute Order re: settl conf held; case settled as to major monetary iss; conf to resume on 7/2/04 at 9:30 a.m. in chambers. cc: cnsl, Judge Sedwick |
| 127 - | 1 | 06/28/04 | PLF 1 advise of cnsl re: jnt statment of facts w/att exh. |
| 128 - | 1 | 06/28/04 | PLF 1 Final Witness List. |
| 129 - | 1 | 06/28/04 | DEF 1-2 Exhibit List. |
| 130 - | 1 | 06/29/04 | DEF 1-2 Amended Exhibit List. |
| 131 - | 1 | 06/29/04 | DEF 1-2 Proposed Joint Statement of Facts. |
| 132 - | 1 | 06/29/04 | DEF 1-2 Final Witness List. |
| 133 - | 1 | 06/29/04 | DEF 1-2 advise of cnsl re: jnt stmt of facts. |
| 134 - | 1 | 06/30/04 | PLF 1 Joint Statement of issues. |
| 135 - | 1 | 06/30/04 | PLF 1 Proposed Exhibit List. |
| 136 - | 1 | 06/30/04 | PLF 1 Advice of cnsl re: plf's proposed list of exhs. |
| 137 - | 1 | 07/02/04 | JAV Minute Order settl conf held. Case settled as to major issues. Stip to be filed re remaining issues. cc: cnsl, Judge Sedwick |
| 138 - | 1 | 07/02/04 | PLF 1; DEF 1-2 Stipulation for entry of partial relief & retained jurisdiction. |
| 139 - | 1 | 07/06/04 | JAV Court Minutes [ECR: Caroline Edmiston] re: cont settl conf held 7/2/04; agreement placed on record & approved; parties to file notice of settl & notice of dismissal as soon as possible. cc: cnsl, Judge Sedwick |
| 138 - | 2 | 07/07/04 | JWS Order approving stip for entry of partial relief & retained jurisdiction (138-1); 8/23/04 FPTC & TBJ at Nome vacated. cc: cnsl, Jury Clerk, Divisional Deputy |
| 140 - | 1 | 07/12/04 | JWS Minute Order that mot for atty fees & appl to tax costs due w/i 15 days; if parties object to entry of judg after atty fees & costs issues determined a notice of obj is due w/i 15 days. cc: cnsl |
| 141 - | 1 | 07/13/04 | Stipulation that appl for plf's atty fees & costs due 8/2/04. |
| 141 - | 2 | 07/15/04 | JWS Order approving stip that appl for plf's atty fees & costs due 8/2/04 (141-1); this ddln supercedes ddln @ dkt 140; time for responding to crt req for case stat confirmation due 8/2/04. cc: cnsl |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                   CIVIL DOCKET ENTRIES FOR CASE N98-0004--CV (JWS)          │
│                     "ROBERT MALABED V NORTH SLOPE BOROUGH ET AL"            │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 142 - 1 | 07/19/04 | PLF 1 Stipulation for entry of partial relief and retained jurisdiction and entry of allocation of damages w/addtl original signature of R. Malabed. |
| 142 - 2 | 07/21/04 | JWS Order granting stip for entry of part relief and retained jurisdiction and (142-1). cc: cnsl |
| 143 - 1 | 07/27/04 | PLF 1; DEF 1-2 Joint Statement of disagreement w/understanding of stat of case per crt's 7/12/04 ord. |
| 144 - 1 | 07/28/04 | PLF 1 motion for attorney fee award w/att memo, affs & exhs. |
| 145 - 1 | 08/13/04 | DEF 1-2 Unopposed motion for extension of time until 8/18/04 to file opposition to plaintiff's motion for attorney fees. |
| 145 - 2 | 08/16/04 | Order granting unoppo mot for ext of time until 8/18/04 to file oppo to mot for atty fees (145-1). cc: cnsl |
| 146 - 1 | 08/18/04 | DEF 1-2 Notice to Court re: PLF 1 motion for attorney fee award (144-1). |
| 147 - 1 | 08/25/04 | PLF 1 Notice of attys' liens. |
| 148 - 1 | 09/01/04 | Stipulation re: Malabed's motion for attorney fees & costs. |
| 148 - 2 | 09/08/04 | JWS Order approving stip re: Malabed's mot for atty fees & costs (148-1); terminating in light of this ord: mot for atty fee award (144-1). cc: cnsl |
| 149 - 1 | 09/08/04 | JWS Judgment that PLF 1 recover of DEF 1 & 2 $200,000 per stip @ dkt 142 $255,000 in costs & atty fees per stip @ dkt 148. cc: cnsl, O&J |